UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
December 29, 2020

| | |
|---|---|
| **BILL JEAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 4:20-cv-00039-TWP-DML |
| | ) |
| **AMERICAN STAVE COMPANY, LLC** | ) |
| **d/b/a BLUE RIVER WOOD PRODUCTS,** | ) |
| | ) |
| **Defendant.** | ) |

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that this matter has been resolved via settlement, and the Court being duly advised, IT IS HEREBY ORDERED, that all of Bill Jean's claims against American Stave Company, LLC d/b/a Blue River Wood Products be and are hereby, DISMISSED WITH PREJUDICE. Plaintiff Jean's Complaint is likewise dismissed, in its entirety, with prejudice, each party to pay its own fees and costs. This is a final Order.

HAVE SEEN AND AGREED TO:

*/s/ C. Tyson Gorman*
C. Tyson Gorman
Marianna J. Michael
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202-2898

*Counsel for Defendant*

*/s/ John Haskin (by T-G w/ Authority)*
John H. Haskin
Bradley L. Wilson
Shannon L. Melton
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204

*Counsel for Plaintiff*